# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANTHONY HOLGUIN,<br><br>   Plaintiff,<br><br>   vs.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC. and DOES 1-50,<br><br>   Defendants. | Case No: 2:16−cv−01511−AB (AGRx)<br>*Assigned to Hon. André Birotte Jr.*<br><br>**[PROPOSED]** JUDGMENT |

   On May 24, 2016, the Court granted Defendant RESIDENTIAL CREDIT SOLUTIONS, INC.'s ("Defendant") Motion to Dismiss Plaintiff ANTHONY HOLGUIN's ("Plaintiff") First Amended Complaint with prejudice.

   Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is dismissed, with prejudice, as to

1  Defendant, and that a Judgment of Dismissal with prejudice be entered in favor of
2  Defendant and against Plaintiff.  Based on said judgment, Plaintiff shall take
3  
4  nothing by way of the First Amended Complaint against Defendant.  Defendant is
5  the prevailing party in this matter.
6  
7  
8  
9  Dated: May 27, 2016              _____
10                                              Hon. André Birotte Jr.
                                                United States District Judge

2

[PROPOSED] JUDGMENT